UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                         Criminal No. 11-cr-62-01-JL

Kevin Sigurbjartsson

O R D E R

    The assented to motion to reschedule jury trial (document no. 9 ) filed by defendant is granted in part.  The continuance is limited to 60 days, and counsel should not assume that additional continuances will be forthcoming ; Final Pretrial is rescheduled to August 25, 2011 at 2:00 p.m.; Trial is continued to the two-week period beginning September 7, 2011, 9:30 a.m.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                            /s/ Joseph N. Laplante
                                            Joseph N. Laplante
                                            United States District Judge

Date: June 9, 2011

cc:   Jonathan R. Saxe, AFD
       Seth R. Aframe, AUSA
       U.S. Marshal
       U.S. Probation