```
                UNITED STATES DISTRICT COURT FOR THE
                      DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                             Criminal No. 11-cr-62-01-JL

<u>Kevin Sigurbjartsson</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 12) filed by defendant is granted, 30 days.  Final Pretrial is rescheduled to September 23, 2011 at 10:00 AM; Trial is continued to the two-week period beginning October 4, 2011, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                    _____
                                                    Joseph N. Laplante
                                                    United States District Judge

Date:  August 14, 2011

cc:   Jonathan Saxe, Esq.
      Seth Aframe, Esq.
      U.S. Marshal
      U.S. Probation